PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Linette A. FIEL |
| **Docket Number:** | 2:05CR00159 |
| **Offender Address:** | Vallejo, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 02/04/2004 |
| **Original Offense:** | 18 USC 656 - Theft, Embezzlement and Misapplication by Bank Employee<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 2 years probation; $25 special assessment; $13,818.27 restitution |
| **Special Conditions:** | Pay any special assessment imposed by this judgment; Financial disclosure; No new credit; Not maintain a position of fiduciary capacity without the permission of the probation officer; Pay restitution in the amount of $13,818.27 to the Bank of America; Pay special assessment of $25.00 |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 02/04/2004 |
| **Assistant U.S. Attorney:** | To be determined                    **Telephone:** |
| **Defense Attorney:** | To be determined                    **Telephone:** |

**Other Court Action:**

<u>04/19/04</u>: Prob 12b filed by Northern District of California requesting modification of conditions of supervision to

Rev. 04/2005
PROB12A1.MRG

**RE:     Linette A. FIEL**
         **Docket Number:   2:05CR00159**
         <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

|  |  |
|---|---|
| | include drug and alcohol treatment to include testing; 04/19/04 Northern District of California Court approves request for modification. |
| <u>**04/20/05**</u>: | Transfer of jurisdiction accepted and assumed by this Court from the Northern District of California. |

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     IRREGULAR FINE/RESTITUTION PAYMENTS**

**Details of alleged non-compliance:**  With the exception of two positive drug tests for marijuana, Ms. Fiel has been in compliance with all of her conditions of supervision and has made payments towards restitution to the best of her ability.  Although she has not always maintained steady employment, Ms. Fiel assumed the role of homemaker during her periods of unemployment.  Computer asset searches have uncovered no unreported assets.  The current restitution balance is $12,618.27.

**United States Probation Officer Plan/Justification:**  Ms. Fiel has satisfied all special conditions of supervision, with the exception of payment of restitution in full.  It is recommended that supervision be allowed to expire as scheduled on February 3, 2006.  The United States Attorney's Office Financial Litigation Unit will be notified, and a copy of the judgment and commitment order will be provided so they may pursue collection as permitted by statute.

RE:     Linette A. FIEL
        Docket Number:   2:05CR00159
        **REPORT OF OFFENDER NON-COMPLIANCE**

Respectfully submitted,

/s/Matthew M. Faubert
**MATTHEW M. FAUBERT**
**United States Probation Officer**
Telephone:  (916) 930-4308

DATED:   January 24, 2006
         Sacramento, California
         MMF/cp

REVIEWED BY:   /s/Kyriacos M. Simonidis
               **KYRIACOS M. SIMONIDIS**
               **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

[x]   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

Date:  January 25, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:    United States Probation
       To be determined, Assistant United States Attorney
       To be determined, Assistant Federal Defender

Attachment:  Presentence Report   (Sacramento only)